FILED

01/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0660

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0660

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

JOSHUA DUANE WOLFBLACK,

 Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 27, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 18 2023